# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3299
_____

Randall Thomas McArty

*Plaintiff - Appellant*

v.

Daniel Odell Turner, Prosecuting Attorney, Clark County, Arkansas; Tim Griffin,
Arkansas Attorney General

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: June 30, 2023
Filed: July 6, 2023
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Randall Thomas McArty appeals after the district court[1] granted defendants' motion to dismiss his 42 U.S.C. § 1983 action. Upon careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Universal Coops., Inc. v. AAC Flying Serv., Inc., 710 F.3d 790, 794 (8th Cir. 2013) (standard of review). We agree with the district court that Arkansas's postconviction relief procedure as interpreted and applied to McArty did not deny him due process. See Dist. Attorney's Off. for Third Jud. Dist. v. Osborne, 557 U.S. 52, 65, 69 (2009) (federal courts may upset state postconviction relief procedures "only if they are fundamentally inadequate to vindicate the substantive rights provided"). Defendants' argument that this court lacks subject-matter jurisdiction over this appeal based on the Rooker-Feldman[2] doctrine is foreclosed by the Supreme Court's decision in Reed v. Goertz, 143 S. Ct. 955, 960 (2023).

The judgment is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

[2]See Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).